# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 14-291 |
| | ) | |
| ANDREA FORSYTHE, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court is in receipt of a letter from Defendant, dated June 19, 2018, which purports to move for clarification of the Criminal Judgment entered against her. Because it was unclear whether the mailing was correspondence, or a motion, it was not (until now) filed on the docket. The Court has attached the mailing as an appendix to this Order.

Defendant is advised, for future reference, that the Court does not accept correspondence from litigants, and requests for relief must be made by motion, and clearly labeled as such. As to substance, Defendant requests that her Judgment be clarified to reflect that her restitution-obligation, during her period of incarceration, extends only to "earned" income, as opposed to monies forwarded to her prison-account by her father. Defendant's request is DENIED. Defendant's criminal Judgment speaks for itself, and the suggestion that her restitution-obligation extends only to "earned" income is belied by other provisions in the Judgment. *See* Judgment (Doc. 68) at 7 ("Defendant shall apply all moneys received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding restitution obligation").

Although the Court cannot disagree that Defendant's conviction "was not [her father's] crime to pay for," Defendant cannot properly benefit from "anticipated or unexpected financial gains" without also complying with her restitution obligation(s).

IT IS SO ORDERED.

July 2, 2018                                   s\Cathy Bissoon
                                               Cathy Bissoon
                                               United States District Judge

cc (via First-Class U.S. Mail):

Andrea Forsythe
Federal Prison Camp A-2
P.O. Box A
Alderson, WV  24910


cc (via ECF email notification):

All Counsel of Record